David G. Barker, Bar No. 24657
Zachary G. Schroeder, Bar No. 036226
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:   602.382.6000
Facsimile:    602.382.6070
Email: dbarker@swlaw.com
          zschroeder@swlaw.com

*Attorneys for Defendants
NJOY, LLC; NJOY Holdings, Inc.; Altria Group,
Inc.; Altria Group Distribution Company; and
Altria Client Services LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JUUL Labs, Inc., | Case No. 2:25-cv-02853-JJT |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| NJOY, LLC; NJOY Holdings, Inc.; Altria Group, Inc.; Altria Group Distribution Company; and Altria Client Services LLC, | First Request |
| Defendants. | |

Pursuant to LRCiv 7.3, Plaintiff Juul Labs, Inc. and Defendants NJOY, LLC, NJOY Holdings, Inc., Altria Group, Inc., Altria Group Distribution Company, and Altria Client Services LLC (together, the "Defendants") stipulate and respectfully request the Court extend the deadline for Defendants to answer or otherwise respond to the Complaint.

Defendants' current deadline to respond to the Complaint is September 2, 2025. Defendants have requested that the deadline to respond to the Complaint be extended through and including October 2, 2025, and Plaintiff has agreed to this request.

Good cause exists for this extension as Defendants' counsel has informed Plaintiff that Defendants' counsel has recently been retained for this matter and is getting up to speed on this case. This is Defendants' first request to extend this deadline. A proposed

1  order is accompanied herewith.

2  Dated: August 27, 2025                                    SNELL & WILMER L.L.P.

4                                                            By: *s/Zachary G. Schroeder*
5                                                                David G. Barker
                                                                 Zachary G. Schroeder
6                                                                Attorneys for Defendants
                                                                 NJOY, LLC; NJOY Holdings, Inc.;
7                                                                Altria Group, Inc.; Altria Group
                                                                 Distribution Company; and Altria
8                                                                Client Services LLC

9                                                            COPPERSMITH BROCKELMAN PLC

11                                                           By: *s/Malvika A. Sinha (with permission)*
                                                                 Malvika A. Sinha (038046)
12                                                               Kelleen Mull (036517)
                                                                 2800 North Central Avenue,
13                                                               Suite 1900
                                                                 Phoenix, Arizona 85004
14                                                               Tel.: (602) 381-5493
                                                                 msinha@cblawyers.com
15                                                               kmull@cblawyers.com

17                                                           MINTZ, LEVIN, COHN, FERRIS,
                                                             GLOVSKY AND POPEO, P.C.
18                                                           Michael T. Renaud (*pro hac vice*
                                                             *forthcoming*)
19                                                           Adam S. Rizk (*pro hac vice*
                                                             *forthcoming*)
20                                                           Matthew A. Karambelas (*pro hac vice*
21                                                           *forthcoming*)
                                                             One Financial Center
22                                                           Boston, Massachusetts 02111
                                                             Tel.: (617) 542-6000
23                                                           MTrenaud@mintz.com
24                                                           ARizk@mintz.com
                                                             MAKrambelas@mintz.com
25

26                                                           *Counsel for Plaintiff JUUL Labs, Inc.*

27

28