Exhibit 5

# Exhibit 5



Writer's Telephone Number: 917-586-6420
Writer's E-Mail Address: msix@gunster.com

December 9, 2025

**VIA EMAIL**
**brabinovitz@ncdoj.gov**

Brian D. Rabinovitz
Special Deputy Attorney General
Consumer Protection Division
114 W. Edenton St.
Raleigh, NC 27603

  Re: *State of North Carolina, ex rel. Joshua H. Stein, Attorney General v. JUUL Labs, Inc.*, **Case No. 19-CVS-2885**

Counsel:

  Pursuant to Section 35(d) of the Final Consent Judgment dated June 28, 2021, Juul Labs, Inc. ("JLI") is clawing back certain documents identified in Appendix A to this letter. These documents are being clawed back in full under:

- Paragraph 35(a)(i), because they contain "[p]rivileged information or attorney work product, as defined by North Carolina law" (identified in Attachment A as "Exclusion Category 1" and logged in Attachment B); and
- Paragraph 35(a)(ii) of the Final Consent Judgment because they contain "[t]rade secret material, as defined by North Carolina law, including documents that could be used to create counterfeit or black marked JUUL Products" (identified in Attachment A as "Exclusion Category 2").

  JLI has determined that the documents listed in Appendix A were inadvertently produced.

  JLI has designated all documents in Appendix A as "Withhold in Full" or "Produce With Redactions." JLI requests that the State delete the previously produced versions of such documents and ensure that the previously produced versions are not loaded to the Depository (or, if they have already been loaded to the Depository, that they are immediately taken down).

  JLI will be providing an overlay production to the Industry Documents Library Managing Archivist at the University of California at San Francisco Library with slipsheets for all the documents listed in Appendix A. As with past productions, JLI will include with this production a .DAT file that makes the appropriate adjustments to JLI's designations for the documents contained in the production. We will provide the password under separate cover.

Brian D. Rabinovitz
December 9, 2025
Page 2

  JLI will also send a copy of this overlay production to the Industry Documents Library Managing Archivist at the University of California at San Francisco Library. As with past productions, JLI will include with this production a .DAT file that makes the appropriate adjustments to JLI's designations for the documents contained in the production. We will provide the password under separate cover.

  JLI does not plan to send a copy of this overlay production to the State, based on JLI's understanding that the State no longer intends to maintain an internal copy of the Depository productions. If that understanding is incorrect and/or the State would like a copy of the overlay production, please let us know at your earliest convenience.

  JLI reserves all rights under the Final Consent Judgment and applicable law with respect to any further productions and/or clawbacks of documents pursuant to Section 35 of the Final Consent Judgment.

        Sincerely,

        /s/ *Michelle Six*

        Michelle Six

**Appendix A**

| Bates Number | Exclusion Categories | Status |
|---|---|---|
| JLI00511053 | Category 2 | Withhold in Full |
| JLI10454648 | Category 2 | Withhold in Full |
| JLI11800166 | Category 1; Category 2 | Produce With Redactions |
| JLI20815075 | Category 1; Category 2 | Withhold in Full |
| JLI20815078 | Category 1; Category 2 | Withhold in Full |
| JLI20815083 | Category 1; Category 2 | Withhold in Full |
| JLI20820564 | Category 1; Category 2 | Withhold in Full |
| JLI20843229 | Category 1; Category 2 | Withhold in Full |
| JLI21529647 | Category 1; Category 2 | Withhold in Full |
| JLI30760689 | Category 2 | Withhold in Full |
| JLI40878032 | Category 1; Category 2 | Withhold in Full |
| JLI42404732 | Category 1; Category 2 | Withhold in Full |
| JLI42406239 | Category 1; Category 2 | Withhold in Full |
| JLI42591548 | Category 1; Category 2 | Produce With Redactions |
| JLI42901483 | Category 1; Category 2 | Withhold in Full |
| JLI42902955 | Category 1; Category 2 | Withhold in Full |
| JLI43074646 | Category 1; Category 2 | Withhold in Full |

| ProdBegBates_MDL | ProdEndBates_MDL | Custodians | Date | From | To | CC | BCC | Author | Privilege Action | Privilege/Immunity | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JLI11800166 | JLI11800166_0002 | Goldman, Tyler | 1/11/2017 | Tyler Goldman <tyler@pax.com> | Tim Danaher <tim@pax.com> | | | | Privilege - Redact | Attorney-Client Privilege (ACP) | Internal email conveying litigation strategy and regulatory issues from patent counsel. |
| JLI20815075 | JLI20815077 | Bowen, Adam | 10/26/2015 | Rick Shoop <rick@shayglenn.com> | Louisa Lao <louisa@pax.com> | Adam Bowen <adam@pax.com>; Katie Kelleher <katie@shayglenn.com> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Email from R. Shoop (patent counsel) containing legal advice regarding patent filing strategy and status. |
| JLI20815078 | JLI20815081 | Bowen, Adam | 10/26/2015 | Louisa Lao <louisa@pax.com> | Rick Shoop <rick@shayglenn.com> | Katie Kelleher <katie@shayglenn.com>; Adam Bowen <adam@pax.com> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Email from R. Shoop (patent counsel) containing legal advice regarding patent filing strategy and status. |
| JLI20815083 | JLI20815083 | Bowen, Adam | 10/28/2015 | Rick Shoop <rick@shayglenn.com> | Louisa Lao <louisa@pax.com> | Adam Bowen <adam@pax.com>; Katie Kelleher <katie@shayglenn.com> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Emails with R. Shoop (patent counsel) seeking and reflecting legal advice regarding patent filing strategy and patent claims. |
| JLI20820564 | JLI20820566 | Bowen, Adam | 8/7/2013 | | | | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Draft memorandum prepared by Adam Bowen on IP development strategies reflecting legal advice of counsel. |
| JLI20843229 | JLI20843238 | Bowen, Adam | 1/8/2016 | Louisa Lao <louisa@pax.com> | Mary Buggie <mbuggie@shayglenn.com> | Rick Shoop <rick@shayglenn.com>; Adam Bowen <adam@pax.com> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Emails with M. Buggie & R. Stoop (patent counsel) reflecting legal advice regarding patent filing strategy. |
| JLI21529647 | JLI21529683 | Danaher, Tim | 2/9/2017 | | | | | Michael VanLoy | Privilege - Withhold | Attorney-Client Privilege (ACP) | PowerPoint prepared by Mintz Levin (patent counsel) outlining strategic considerations. |
| JLI40878032 | JLI40878068 | Danaher, Tim | 2/9/2017 | | | | | Michael VanLoy | Privilege - Withhold | Attorney-Client Privilege (ACP) | PowerPoint prepared by Mintz Levin (patent counsel) outlining strategic considerations. |
| JLI42404732 | JLI42404732 | Bowen, Adam | 12/20/2013 | Adam Bowen <adam@ploom.com> | Robert Alizon <robert.alizon@jti.com>; "Berti, Alessandro" <alessandro.berti@jti.com> | Kristin Havranek <khavranek@wsgr.com>; "Liang, Jason" <jliang@wsgr.com>; Alan Minto <alan.minto@jti.com> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Email reflecting legal advice and patent prosecution strategy from Wilson Sonsini Goodrich & Rosati (outside counsel) regarding JTI entities subject to NDA and joint agreement. |
| JLI42406239 | JLI42406241 | Bowen, Adam | 8/8/2013 | | | | | Kristin Havranek | Privilege - Withhold | Attorney-Client Privilege (ACP) | Memorandum prepared by Adam Bowen on IP development strategies reflecting legal advice of counsel. |
| JLI42591548 | JLI42591549 | Danaher, Tim | 1/11/2017 | Tyler Goldman <tyler@pax.com> | Tim Danaher <tim@pax.com> | | | | Privilege - Redact | Attorney-Client Privilege (ACP) | Email reflecting legal advice from Finnegan (outside counsel) regarding litigation strategy and regulatory issues. |
| JLI42901483 | JLI42901528 | Cohen, Gal | 5/16/2013 | | | | | Kristin Havranek | Privilege - Withhold | Attorney-Client Privilege (ACP) | Presentation containing legal advice of Kristin Havranek (Wilson Sonsini Goodrich & Rosati, outside counsel) regarding salt formulation patents. |
| JLI42902955 | JLI42902955 | Cohen, Gal | 4/27/2013 | | | | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Draft memorandum seeking legal advice of Wilson Sonsini (patent counsel) regarding salt formulations. |
| JLI43074646 | JLI43074683 | Monsees, James | 6/24/2013 | | | | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | PowerPoint reflecting legal advice of counsel regarding patent strategy and potential collaboration agreement. |
| JLI44588263 | JLI44588277 | PLOOM JUUL GENERAL BGT | 5/28/2013 | | | | | Chenyue Xing | Privilege - Withhold | Attorney-Client Privilege (ACP) | Handwritten notes of Chenyue Xing reflecting legal advice of patent counsel regarding patent strategy. |
| JLI46286640 | JLI46286641 | Cohen, Gal | 11/11/2016 | Rick Shoop <rick@shayglenn.com> | Adam Bowen <"adam bowen <adam@pax.com>"> | Louisa Lao <"louisa lao <louisa@pax.com>">; Gal Cohen <"gal cohen <gal@pax.com>">; Rick Shoop <"rick shoop <rick@shayglenn.com>"> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Emails seeking and reflecting legal advice of R. Shoop (patent counsel) regarding patent filing strategy and patent claims. |
| JLI46286642 | JLI46286647 | Cohen, Gal | 11/11/2016 | | | | | Drew Herndon | Privilege - Withhold | Attorney-Client Privilege (ACP) | Draft amendment containing redline markup of R. Shoop (patent counsel) reflecting legal advice regarding patent filing strategy and patent claims. |
| JLI46405132 | JLI46405135 | Xing, Chenyue | 10/22/2015 | | | | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Emails seeking and containing legal advice of R. Shoop (patent counsel) regarding patent filing strategy. |

**JLI Privilege Log - December 9, 2025**

| ProdBegBates_MDL | ProdEndBates_MDL | Custodians | Date | From | To | CC | BCC | Author | Privilege Action | Privilege/Immunity | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JLI47379541 | JLI47379544 | Bowen, Adam | 7/13/2015 | mailto:vnorviel%25wsgr.com@gtempaccount.com | mailto:adam@pax.com | | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Email seeking legal advice of N. Vern (patent counsel) regarding patent strategy and engagement. |
| JLI49385550 | JLI49385550 | Lao, Louisa | 3/7/2016 | Rick Shoop <rick@shayglenn.com> | Louisa Lao <"louisa lao <louisa@pax.com>"> | Adam Bowen <"adam bowen <adam@pax.com>">; Katie Kelleher <"katie kelleher <katie@shayglenn.com>">; Rick Shoop <"rick shoop <rick@shayglenn.com>"> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Emails seeking and reflecting legal advice of R. Shoop (patent counsel) regarding patent filing strategy. |
| JLI49386802 | JLI49386804 | Lao, Louisa | 10/19/2015 | Adam Bowen <adam@pax.com> | Louisa Lao <"louisa lao <louisa@pax.com>"> | James Monsees <"james monsees <james@pax.com>"> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Emails seeking and containing legal advice of K. Havranek (patent counsel) regarding patent filing strategy. |
| JLI49432735 | JLI49432780 | Cohen, Gal | 5/16/2013 | | | | | Kristin Havranek | Privilege - Withhold | Attorney-Client Privilege (ACP) | Presentation drafted by and containing legal advice of K. Havranek (Wilson Sonsini Goodrich & Rosati, outside counsel) regarding salt formulations. |
| JLI49921431 | JLI49921433 | Lao, Louisa | 10/19/2015 | Louisa Lao <louisa@pax.com> | Adam Bowen <"adam bowen <adam@pax.com>"> | James Monsees <"james monsees <james@pax.com>"> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Emails seeking and containing legal advice of K. Havranek (patent counsel) regarding patent filing strategy. |

Exhibit 6

# Exhibit 6



Writer's Telephone Number: 917-586-6420
Writer's E-Mail Address: msix@gunster.com

December 9, 2025

**VIA EMAIL**

Nora Flum
Deputy Attorney General
Office of the California Attorney General
Nora.Flum@doj.ca.gov

Natalie Torres
Supervising Deputy Attorney General
Natalie.Torres@doj.ca.gov

  Re: *People of the State of California v. JUUL Labs, Inc., et al.,* Case No. RG19043543

Counsel:

  Pursuant to Section 43(d) of the Final Consent Judgment entered on April 17, 2023, Juul Labs, Inc. ("JLI") is clawing back certain documents identified in Appendix A to this letter. These documents are being clawed back in full under:

- Paragraph 43(b)(i) of the Final Consent Judgment because they contain "[p]rivileged information or attorney work product." (identified in Attachment A as "Exclusion Category 1" and logged in Attachment B); and
- Paragraph 43(b)(ii) of the Final Consent Judgment because they contain "[t]rade secret material, including documents that could be used to create counterfeit or black market JUUL Products."

  JLI has determined that the documents listed in Appendix A were inadvertently produced.

  JLI will be providing an overlay production via FTP with slipsheets for all the documents listed in Appendix A. JLI has designated all documents in Appendix A as "Withhold in Full." JLI requests that the State replace the prior produced versions of these documents with the slipsheets that will be included in JLI's forthcoming production indicating that the documents are being withheld under the consent judgment. JLI further requests that the State delete the previously produced versions of such documents and ensure that the previously produced versions are not loaded to the Depository (or, if they have already been loaded to the Depository, that they are immediately taken down).

Nora Flum
Natalie Torres
December 9, 2025
Page 2

      JLI will also send a copy of this overlay production to the Industry Documents Library Managing Archivist at the University of California at San Francisco Library. As with past productions, JLI will include with this production a .DAT file that makes the appropriate adjustments to JLI's designations for the documents contained in the production. We will provide the password under separate cover.

      JLI reserves all rights under the Final Consent Judgment and applicable law with respect to any further productions and/or clawbacks of documents pursuant to Paragraph 43 of the Final Consent Judgment.

      Sincerely,

      */s/ Michelle Six*

      Michelle Six

cc:

    adam.welle@ag.state.mn.us
    alda.chan@state.ma.us
    andrea.law@ilag.gov
    brabinovitz@ncdoj.gov
    brady.grassmeyer@coag.gov
    hailey.dekraker@ag.ny.gov
    jacob.gilbert@ilag.gov
    jmeade@nmag.gov
    jsugar@ncdoj.gov
    jsutton2@ncdoj.gov
    leslieann.cachola@ag.ny.gov
    matthew.james2@dc.gov
    noah.popp@ag.ny.gov

**Appendix A**

| Bates Number | Exclusion Categories | Status |
|---|---|---|
| JLI44588263 | Category 1; Category 2 | Withhold in Full |
| JLI46286640 | Category 1; Category 2 | Withhold in Full |
| JLI46405132 | Category 1; Category 2 | Withhold in Full |
| JLI47379541 | Category 1; Category 2 | Withhold in Full |
| JLI49385550 | Category 1; Category 2 | Withhold in Full |
| JLI49386802 | Category 1; Category 2 | Withhold in Full |
| JLI49432735 | Category 1; Category 2 | Withhold in Full |
| JLI46286642 | Category 1; Category 2 | Withhold in Full |
| JLI49921431 | Category 1; Category 2 | Withhold in Full |

**JLI Privilege Log - December 9, 2025**

| ProdBegBates_MDL | ProdEndBates_MDL | Custodians | Date | From | To | CC | BCC | Author | Privilege Action | Privilege/Immunity | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JLI44588263 | JLI44588277 | PLOOM JUUL GENERAL BGT | 5/28/2013 | | | | | Chenyue Xing | Privilege - Withhold | Attorney-Client Privilege (ACP) | Handwritten notes of Chenyue Xing reflecting legal advice of patent counsel regarding patent strategy. |
| JLI46286640 | JLI46286641 | Cohen, Gal | 11/11/2016 | Rick Shoop <rick@shayglenn.com> | Adam Bowen <"adam bowen <adam@pax.com>"> | Louisa Lao <"louisa lao <louisa@pax.com>">; Gal Cohen <"gal cohen <gal@pax.com>">; Rick Shoop <"rick shoop <rick@shayglenn.com>"> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Emails seeking and reflecting legal advice of R. Shoop (patent counsel) regarding patent filing strategy and patent claims. |
| JLI46286642 | JLI46286647 | Cohen, Gal | 11/11/2016 | | | | | Drew Herndon | Privilege - Withhold | Attorney-Client Privilege (ACP) | Draft amendment containing redline markup of R. Shoop (patent counsel) reflecting legal advice regarding patent filing strategy and patent claims. |
| JLI46405132 | JLI46405135 | Xing, Chenyue | 10/22/2015 | | | | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Emails seeking and containing legal advice of R. Shoop (patent counsel) regarding patent filing strategy. |
| JLI47379541 | JLI47379544 | Bowen, Adam | 7/13/2015 | mailto:vnorviel%25wsgr.com@gtempaccount.com | mailto:adam@pax.com | | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Email seeking legal advice of N. Vern (patent counsel) regarding patent strategy and engagement. |
| JLI49385550 | JLI49385550 | Lao, Louisa | 3/7/2016 | Rick Shoop <rick@shayglenn.com> | Louisa Lao <"louisa lao <louisa@pax.com>"> | Adam Bowen <"adam bowen <adam@pax.com>">; Katie Kelleher <"katie kelleher <katie@shayglenn.com>">; Rick Shoop <"rick shoop <rick@shayglenn.com>"> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Emails seeking and reflecting legal advice of R. Shoop (patent counsel) regarding patent filing strategy. |
| JLI49386802 | JLI49386804 | Lao, Louisa | 10/19/2015 | Adam Bowen <adam@pax.com> | Louisa Lao <"louisa lao <louisa@pax.com>"> | James Monsees <"james monsees <james@pax.com>"> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Emails seeking and containing legal advice of K. Havranek (patent counsel) regarding patent filing strategy. |
| JLI49432735 | JLI49432780 | Cohen, Gal | 5/16/2013 | | | | | Kristin Havranek | Privilege - Withhold | Attorney-Client Privilege (ACP) | Presentation drafted by and containing legal advice of K. Havranek (Wilson Sonsini Goodrich & Rosati, outside counsel) regarding salt formulations. |
| JLI49921431 | JLI49921433 | Lao, Louisa | 10/19/2015 | Louisa Lao <louisa@pax.com> | Adam Bowen <"adam bowen <adam@pax.com>"> | James Monsees <"james monsees <james@pax.com>"> | | | Privilege - Withhold | Attorney-Client Privilege (ACP) | Emails seeking and containing legal advice of K. Havranek (patent counsel) regarding patent filing strategy. |