IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JUUL Labs Incorporated,<br><br>   Plaintiff,<br><br>v.<br><br>NJOY LLC, *et al.*,<br><br>   Defendants. | No. CV-25-02853-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Joint Stipulation for Discovery Cross-Use (Doc. 90). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Joint Stipulation for Discovery Cross-Use (Doc. 90).

**IT IS FURTHER ORDERED** that the parties shall abide by the terms of the Joint Stipulation for Discovery Cross-Use as set forth therein (Doc. 90).

Dated this 3rd day of March, 2026.

Honorable John J. Tuchi
United States District Judge