**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

JUUL Labs Incorporated,
Plaintiff,
v.
NJOY LLC, *et al.*,
Defendants.

No. CV-25-02853-PHX-JJT

**ORDER**

At issue is Plaintiff JUUL Labs Incorporated's Motion for Limited Modification of Scheduling Order. (Doc. 221, Motion.) Having reviewed the Motion,

**IT IS ORDERED** directing Defendants to file a statement of their position on the Motion by Friday, **October 2, 2026.**

Dated this 30th day of September, 2026.

Honorable John J. Tuchi
United States District Judge