**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JUUL Labs Incorporated,<br>Plaintiff,<br>v.<br>NJOY LLC, *et al.*,<br>Defendants. | No. CV-25-02853-PHX-JJT<br>**ORDER** |

Two motions are at issue. The first is Plaintiff/Counter Defendant JUUL Labs Incorporated's ("Plaintiff") Motion for Limited Modification of Scheduling Order (Doc. 221), to which Defendant/Counter Claimant NJOY, LLC, NJOY Holdings, Inc., Altria Group Distribution, and Altria Client Services LLC (collectively, "Defendants") respond (Doc. 224), and Plaintiff replies (Doc. 225). The second is Plaintiff and Defendants' Joint Motion for Leave to Serve Amended Invalidity and Validity Contentions. (Doc. 223.)

Beginning with the Motion for Limited Modification, the Court has reviewed the briefing and finds good cause under Federal Rule of Civil Procedure 16(b)(4) to amend the deadline for completion of fact discovery, previously set for October 2, 2026. (Doc. 216.) Plaintiff contends the additional time is needed because of a pending motion in the Middle District of North Carolina related to third party discovery. (Doc. 221.) Although Defendants submit opposition, they "do[] not oppose a limited extension . . . ." (Doc. 224 at 5.) The Court therefore grants the extension insofar as it is required to resolve the pending motion in the Middle District of North Carolina. The Court does not intend for the

instant modification to serve as the basis for any new discovery (*i.e.*, beyond that already raised in the Middle District of North Carolina), nor does the Court rule here on the merits of that pending motion.

Turning to the Joint Motion for Leave, the Court finds good cause to permit Defendants to serve the amended versions of Exhibit A-8 concerning Rabinowitz ’470 and Exhibit A-27 concerning Gonda ’474 and grants Plaintiff leave to serve responsive amended validity contentions within seven (7) days after service of Defendants’ amended invalidity contentions.

**IT IS THEREFORE ORDERED** granting Plaintiff/Counter Defendant JUUL Labs Incorporated’s Motion for Limited Modification of Scheduling Order. (Doc. 221.) If permitted by the District Court for the Middle District of North Carolina, the fact discovery sought shall be completed within thirty (30) days after entry of that court’s order.

**IT IS FURTHER ORDERED** that Plaintiff shall file a notice advising this Court of the resolution of the motion to enforce within seven (7) days after entry of the Middle District of North Carolina’s order regarding that motion.

**IT IS FURTHER ORDERED** that this Order does not extend the fact discovery deadline for any other purpose, and all other deadlines remain in effect from this Court’s earlier order. (Doc. 216.)

**IT IS FURTHER ORDERED** granting the parties Joint Motion for Leave to Serve Amended Invalidity and Validity Contentions. (Doc. 223.) Defendants may serve amended invalidity contentions as discussed herein, and Plaintiff is granted leave to serve responsive amended validity contentions within seven (7) days after service of Defendants’ amended invalidity contentions.

Dated this 6th day of October, 2026.

Honorable John J. Tuchi
United States District Judge