Eric M. Fraser (027241)
Esther G. Gold (040511)
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
efraser@omlaw.com

Michael T. Renaud (*pro hac vice*)
Adam S. Rizk (*pro hac vice*)
Thomas H. Wintner (*pro hac vice*)
Matthew C. Hurley (*pro hac vice*)
Matthew A. Karambelas (*pro hac vice*)
James J. Thomson (*pro hac vice*)
Robert C. Sweeney (*pro hac vice*)
Samuel J. Lyons (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Tung-On Kong (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
(415) 432-6000

Evan D. Diamond (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
919 3rd Avenue
New York, New York 10022
(212) 935-3000
*Attorneys for Plaintiff JUUL Labs. Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JUUL Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>NJOY, LLC, NJOY Holdings, Inc., Altria Group, Inc., Altria Group Distribution Company, and Altria Client Services LLC,<br><br>Defendants. | Case No. 2:25-CV-02853-JJT<br><br>**NOTICE OF RESOLUTION AND TRANSFER OF NON-PARTY SUBPOENA ENFORCEMENT MOTION** |

Pursuant to the Court's October 6, 2026 order (Doc. 227), Plaintiff JUUL Labs, Inc. ("JLI") gives notice that on October 6, 2026, the Middle District of North Carolina has transferred JLI's Motion to Enforce Subpoena and Compel Deposition to this Court under Federal Rule of Civil Procedure 45(f). The motion concerns JLI's subpoenas to non-parties Reynolds American Inc., R.J. Reynolds Vapor Company, and Dr. Steven L. Alderman (the "Reynolds Entities").[1]

## I. THE TRANSFER ORDER.

In *JUUL Labs, Inc. v. Alderman*, No. 1:26-mc-00011-UA-JEP (M.D.N.C.), Magistrate Judge Peake granted the Reynolds Entities' Motion to Transfer (M.D.N.C. Doc. 7) JLI's Motion to Enforce Subpoenas (M.D.N.C. Doc. 1) to this Court over JLI's objections on grounds of judicial economy (M.D.N.C. Doc. 10). *See* Ex. A, M.D.N.C. Doc. 16. The court relied on the Reynolds Entities' consent to transfer and their agreement to comply with any order of this Court. It also found that the main issues in the motion are better considered by this Court.

## II. THE MOTION TO ENFORCE IS FULLY BRIEFED.

Briefing on the Motion to Enforce was complete in North Carolina as of August 28, 2026. So that the Court need not wait for the transferred record, the JLI attaches the following:

- Exhibit B: JLI's Motion to Enforce Subpoenas (M.D.N.C. Doc. 1)
- Exhibit C: JLI's Memorandum of Law in Support of Motion to Enforce (Redacted) (M.D.N.C. Doc. 2)
- Exhibit D: Redacted Exhibits to JLI's Memorandum of Law in Support of Motion to Enforce (M.D.N.C. Docs. 2-1 – 2-25)
- Exhibit E: the Reynolds Entities' Opposition to the Motion to Enforce (M.D.N.C. Doc. 13)
- Exhibit F: JLI's Reply in support of the Motion to Enforce (M.D.N.C. Doc. 15)

---

[1] JLI will send a copy of this notice via email to counsel for Reynolds Entities.

Certain exhibits and portions of JLI's Memorandum of Law were sealed by the Middle District of North Carolina subject to any further determination by this Court. Ex. A, M.D.N.C. Doc. 16 at 5. The sealed, unredacted documents are located at Docs. 4, 4-11, and 4-16 on the Middle District of North Carolina's docket (the "Sealed Documents"). All other documents in the proceeding are unsealed. JLI therefore attaches the public versions of these filings. JLI intends to move for leave to file under seal the Sealed Documents after conferring with counsel for the Reynolds Entities, who have yet to make an appearance in the District of Arizona in this matter.

DATED this 7th day of October, 2026.

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.

By *_/s/ Michael T. Renaud_*
Michael T. Renaud
Adam S. Rizk
Thomas H. Wintner
Matthew C. Hurley
Matthew A. Karambelas
James J. Thomson
Robert C. Sweeney
Samuel J. Lyons
One Financial Center
Boston, Massachusetts 02111

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
Tung-On Kong
44 Montgomery Street, 36th Floor
San Francisco, California 94104

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
Evan D. Diamond
919 3rd Avenue
New York, New York 10022

OSBORN MALEDON, P.A.
Eric M. Fraser
Esther G. Gold
2929 North Central Avenue, Suite 2000

Phoenix, Arizona 85012

*Attorneys for Plaintiff JUUL Labs, Inc.*