Eric M. Fraser (027241)
Esther G. Gold (040511)
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
efraser@omlaw.com

Michael T. Renaud (*pro hac vice*)
Adam S. Rizk (*pro hac vice*)
Thomas H. Wintner (*pro hac vice*)
Matthew C. Hurley (*pro hac vice*)
Matthew A. Karambelas (*pro hac vice*)
James J. Thomson (*pro hac vice*)
Robert C. Sweeney (*pro hac vice*)
Samuel J. Lyons (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Tung-On Kong (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
(415) 432-6000

Evan D. Diamond (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
919 3rd Avenue
New York, New York 10022
(212) 935-3000
*Attornevs for Plaintiff JUUL Labs. Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JUUL Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>NJOY, LLC, NJOY Holdings, Inc., Altria Group, Inc., Altria Group Distribution Company, and Altria Client Services LLC,<br><br>Defendants. | Case No. 2:25-CV-02853-JJT<br><br>**NOTICE ATTACHING ADDITIONAL EXHIBITS TO DOC. 228** |

Plaintiff JUUL Labs, Inc. ("JLI") respectfully submits this notice to supplement its prior notice (Doc. 228) and attach Docs. 13-1 through 13-11 from *JUUL Labs, Inc. v. Alderman*, No. 1:26-mc-00011-UA-JEP (M.D.N.C), which are the exhibits to the Reynolds Entities' Opposition to the Motion to Enforce (Doc. 228-5). The documents are attached hereto as Exhibit G.

DATED this 9th day of October, 2026.

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.

By *<u>/s/ Michael T. Renaud</u>*
Michael T. Renaud
Adam S. Rizk
Thomas H. Wintner
Matthew C. Hurley
Matthew A. Karambelas
James J. Thomson
Robert C. Sweeney
Samuel J. Lyons
One Financial Center
Boston, Massachusetts 02111

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
Tung-On Kong
44 Montgomery Street, 36th Floor
San Francisco, California 94104

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
Evan D. Diamond
919 3rd Avenue
New York, New York 10022

OSBORN MALEDON, P.A.
Eric M. Fraser
Esther G. Gold
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

*Attorneys for Plaintiff JUUL Labs, Inc.*