Eric M. Fraser (027241)
Esther G. Gold (040511)
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
efraser@omlaw.com

Michael T. Renaud (*pro hac vice*)
Adam S. Rizk (*pro hac vice*)
Thomas H. Wintner (*pro hac vice*)
Matthew C. Hurley (*pro hac vice*)
Matthew A. Karambelas (*pro hac vice*)
James J. Thomson (*pro hac vice*)
Robert C. Sweeney (*pro hac vice*)
Samuel J. Lyons (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Tung-On Kong (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
(415) 432-6000

Evan D. Diamond (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
919 3rd Avenue
New York, New York 10022
(212) 935-3000
*Attorneys for Plaintiff JUUL Labs. Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JUUL Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>NJOY, LLC, NJOY Holdings, Inc., Altria Group, Inc., Altria Group Distribution Company, and Altria Client Services LLC,<br><br>Defendants. | Case No. 2:25-CV-02853-JJT<br><br>**NOTICE ATTACHING SEALED EXHIBITS TO DOC. 228** |

Plaintiff JUUL Labs, Inc. ("JLI") respectfully submits this notice to supplement its prior notice (Doc. 228) and attach Docs. 4, 4-11, and 4-16 from *JUUL Labs, Inc. v. Alderman*, No. 1:26-mc-00011-UA-JEP (M.D.N.C), which the unredacted versions of JLI's Memorandum of Law in Support of Motion to Enforce[1] (Doc. 228-3) and exhibits 10 and 15 thereto (Doc. 228-4 at 235-36, 259-60). The documents are attached hereto as Exhibit H (memorandum) and Exhibit I (exhibits). The Reynolds Entities have stipulated to the filing of the documents under seal.

DATED this 9th day of October, 2026.

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.

By */s/ Michael T. Renaud*
Michael T. Renaud
Adam S. Rizk
Thomas H. Wintner
Matthew C. Hurley
Matthew A. Karambelas
James J. Thomson
Robert C. Sweeney
Samuel J. Lyons
One Financial Center
Boston, Massachusetts 02111

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
Tung-On Kong
44 Montgomery Street, 36th Floor
San Francisco, California 94104

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
Evan D. Diamond
919 3rd Avenue
New York, New York 10022

---

[1] The local rules of the Middle District of North Carolina require that information sought to be sealed be highlighted in filings. *See* M.D.N.C. LR 5.4(c)(8). JLI's Memorandum of Law in Support of Motion to Enforce is highlighted pursuant to this rule.

OSBORN MALEDON, P.A.
Eric M. Fraser
Esther G. Gold
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

*Attorneys for Plaintiff JUUL Labs, Inc.*