UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JUUL Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>NJOY, LLC; NJOY Holdings, Inc.; Altria Group, Inc.; Altria Group Distribution Company; and Altria Client Services LLC,<br><br>Defendants. | Case No. 2:25-cv-02853-JJT<br><br>**[PROPOSED] ORDER** |

At issue is a Stipulation to File the Briefing from the Middle District of North Carolina Under Seal (Doc. ___) between Plaintiff and non-parties Steven L. Alderman, Reynolds American, Inc. and R.J. Reynolds Vapor Company to file portions of briefing and exhibits from *JUUL Labs, Inc. v. Alderman*, No. 1:26-mc-0011(M.D.N.C. 2026) under seal. Upon review of the stipulation, the lodged documents, and good cause appearing,

IT IS ORDERED granting the Stipulation to File the Briefing from the Middle District of North Carolina Under Seal (Doc. ___).

IT IS FURTHER ORDERED directing the Clerk of Court to file under seal the documents lodged at Doc. ____.